# In the United States Court of Federal Claims

No. 21-79
Filed: February 4, 2021

|  |  |
|---|---|
| ORBIS SIBRO, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |
| and | ) ) ) |
| ULTRA ELECTRONICS OCEAN SYSTEMS, INC., | ) ) ) ) |
| Defendant-Intervenor. | ) ) |

**ORDER**

On January 5, 2021, plaintiff, Orbis Sibro, Inc., filed its Complaint and Motion for Preliminary Injunction with this Court.  *See generally* Complaint, ECF No. 1; Plaintiff's Motion for Preliminary Injunction, ECF No. 6.  On January 28, 2021, the Court held oral argument on plaintiff's Motion for Preliminary Injunction, during which the Court issued a bench ruling denying plaintiff's Motion.  *See generally* Order Denying Plaintiff's Motion for Preliminary Injunction, ECF No. 25.  Subsequently, on February 3, 2021, plaintiff filed its Unopposed Motion to Dismiss, requesting that this Court "dismiss this protest with prejudice."  Plaintiff's Unopposed Motion to Dismiss at 1, ECF No. 27.  For good cause shown, plaintiff's Unopposed Motion to Dismiss is **GRANTED**, and plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge